## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND v. MICHAEL DEMYAN

[Misc. Docket (Subtitle BV) No. 18, September Term, 1978.]

*Decided May 4, 1979.*

The cause was submitted to MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, ORTH, COLE and DAVIDSON, JJ.

## O R D E R

The Court having considered the findings of facts and no exceptions having been filed, it is this 4th day of May, 1979

ORDERED, by the Court of Appeals of Maryland, that Michael Demyan be, and he is hereby, reprimanded; and it is further

ORDERED that Michael Demyan pay the transcripts costs in the amount of $1,125.00.